UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NORTHEASTERN FINE JEWELRY, INC.,

                Plaintiff,

  -vs-

THE HANOVER INSURANCE GROUP, INC., and
MASSACHUSETTS BAY INSURANCE COMPANY,

                Defendants.
_____

**JOINT STIPULATION TO REMAND REMOVED ACTION AND ORDER THEREON**

No. 1:18-CV-834 (BKS/DJS)

      Plaintiff NORTHEASTERN FINE JEWELRY, INC., and defendants THE HANOVER INSURANCE GROUP, INC., and MASSACHUSETTS BAY INSURANCE COMPANY, by their counsel, stipulate as follows:

      1. On May 29, 2018 plaintiff commenced this action by filling a summons and complaint in New York State Supreme Court, Schenectady County.

      2. Plaintiff served its summons and complaint on defendants by service on the New York State Department of Financial Services on June 14, 2018.

      3. On July 13, 2018 defendants filed a petition for removal of this action to this Court pursuant to U.S.C. §1441, removing this action to this Court. ECF Doc. No. 1.

      4. After some discussion, counsel for the parties have agreed that this action should be remanded back to New York State Supreme Court, Schenectady County.

      5. To that end, the parties hereby stipulate that the action be remanded to back to New York State Supreme Court, Schenectady County.

MURA & STORM, PLLC • 930 RAND BUILDING • 14 LAFAYETTE SQUARE • BUFFALO, NEW YORK 14203
(716) 855-2800 • FAX (716) 855-2816

6. The parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action pursuant to this stipulation and order.

Dated:  August 8, 2018

FOR THE PLAINTIFF:                                    FOR THE DEFENDANTS:


/s/ Christopher P. Flint, Esq.                         /s/ Roy A. Mura, Esq.
Christopher P. Flint, Esq.                             Roy A. Mura, Esq.
COOPER, ERVING & SAVAGE, LLP                           MURA & STORM, PLLC
39 N. Pearl Street                                     930 Rand Building
Albany, New York 12207                                 14 Lafayette Square
(518) 449-3900                                         Buffalo, New York 14203
cflint@coopererving.com                                (716) 855-2800
                                                       roy.mura@muralaw.com

**ORDER**

On August 8, 2018, the parties to the above-referenced action filed a Joint Stipulation to Remand Removed Action. The Court, having reviewed that stipulation and good cause appearing, orders as follows:

1. The parties' stipulation is approved; and

2. Northern District of New York case number 1:18-CV-834 (BKS/DJS) styled NORTHEASTERN FINE JEWELRY, INC. v. THE HANOVER INSURANCE GROUP, INC., and MASSACHUSETTS BAY INSURANCE COMPANY is hereby remanded to New York State Supreme Court, Schenectady County.

IT IS SO ORDERED.

Dated:  __August 9__, 2018           _____
                                      Hon. Brenda K. Sannes, U.S. District Court Judge